RECEIVED
IN MONROE, LA
JUL 3 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PAUL WOLSEFER | CIVIL ACTION NO. 07-0676 |
| VERSUS | JUDGE ROBERT G. JAMES |
| PAT BOOK, ET AL. | MAG. JUDGE KAREN L. HAYES |

### ORDER

Upon consideration,

IT IS HEREBY ORDERED that Plaintiff's "Motion for Records, Documents, and for Extension of Time" [Doc. No. 21] is GRANTED.

Given the record evidence showing that Plaintiff has been transferred to and from a number of facilities and his assertions that his legal documents have been taken in at least some of these moves, the Court instructs the Clerk of Court to forward a copy of all documents in the record in this matter to Plaintiff.

The Court has previously granted Plaintiff an extension of time until August 3, 2007, to file objections to Magistrate Judge Karen L. Hayes' Report and Recommendation in this matter, see [Doc. No. 19], but, given Plaintiff's assertions, the Court grants an additional extension of time until August 17, 2007.

MONROE, LOUISIANA, this 31 day of July, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE